1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

ERNESTO JIMENEZ,

Case No.   1:25-cv-00576-EPG

10

Plaintiff,

11

v.

ORDER GRANTING VOLUNTARY
DISMISSAL, INC. WITH PREJUDICE

(ECF No. 16)

12

COMMISSIONER OF SOCIAL
SECURITY

13

Defendant.

14
15

On October 10, 2025, Plaintiff Ernesto Jimenez filed a voluntary dismissal. Plaintiff,

16
17

through their counsel of record, requested the Court to dismiss the action with prejudice, pursuant

to Fed. R. Civ. Pro. 41(a)(2). (ECF No.16).

18
19

Defendant has not yet made an appearance in the action, nor has Defendant filed a motion

for summary judgment.   Accordingly, the voluntary dismissal GRANTED, and the action has

20

been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)[1].

21
22

The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

23

Dated:   **October 14, 2025**

/s/ Erica P. Grosjean

24

UNITED STATES MAGISTRATE JUDGE

25
26

---

[1] The Plaintiff's filing (ECF No. 16) refers to Fed R. Civ. P. 41(a)(2).  However, Fed. R. Civ. P.

27

41(a)(1)(A)(i) is the provision that applies here because it addresses dismissal of an action "before the
opposing party serves either an answer or a motion for summary judgment…" Fed. R. Civ. P.

28

41(a)(1)(A)(i).